IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> BRETT MICHAEL DADIG | Magistrate No. 25-1855 <br> [UNDER SEAL] |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said district, and respectfully moves the Court for an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: *s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U. S. Attorney
PA ID No. 320316