AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>BRETT MICHAEL DADIG<br><br>*Defendant(s)* | Case No.   25-mj-1855<br><br>**[UNDER SEAL]** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 2025-November 2025   in the county of   Allegheny   in the   Western   District of   Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261A(2)(A) and (B) | Cyberstalking - in and around August 2025 (Count One), July 2025 through November 2025 (Count Two), and August 2025 through October 2025 (Count Three) |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/Steven T. Nestoryak
*Complainant's signature*

Special Agent Steven T. Nestoryak, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/07/2025

*Judge's signature*

City and state:   Pittsburgh, Pennsylvania         Hon. Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*